**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**S. P.**
**Individually and on behalf of her son,**
**G. P.**
**Plaintiff**

**Vs.** **NO. 08-00008**

**WILLIAM M. DAVIES, JR. CAREER**
**& TECHNICAL HIGH SCHOOL, and**
**VICTORIA A. GAILLIARD-GARRICK in**
**her capacity as Director of William M. Davies, Jr.**
**Career and Technical High School.**

**Defendants**

## AMENDED COMPLAINT

## PRELIMINARY STATEMENT

Plaintiff herein seeks an award of reasonable attorney's fees incurred by her as prevailing parties in a Due Process Hearing filed pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. § 1400-1485.

## JURISDICTION

1. This is a Complaint seeking an award of attorney's fees, pursuant to 20 U.S.C. § 1415. This Court has jurisdiction over this civil action pursuant to 20 U.S.C. § 1415 and 28 U.S.C. § 1331.

## PARTIES

2. Plaintiff is a resident of Lincoln, Rhode Island, where she resides with her son, G. P.

3. G. P. is a child with disabilities within the meaning of the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. §§ 1400-1485.

4. The William M. Davies, Jr. Career and Technical High School is operating as a local educational agency and is governed by a Board of Trustees within the meaning of 20 U.S.C.§ 1401 (19).

5. Victoria Gailliard-Garrick is the Director of the William M. Davies, Jr. Career and Technical High School.

## FACTAL ALLEGATIONS

6. On or about August 28, 2007, Plaintiff filed a Request for an Impartial Due Process Hearing, a copy of which is attached hereto as Exhibit A. Said hearing was requested pursuant to 20 U.S.C. § 1415(b)(6).

7. The Plaintiff retained an attorney to represent her in preparing for, attending, and negotiations concerning said Due Process Hearing.

8. The attorney retained by the parent did prepare for, attend, and participate in negotiations concerning the issues in the Due Process Hearing.

9. The Due Process proceeding was resolved by a Stipulated Settlement Agreement dated December 18, 2007 in which Williams M. Davies, Jr. Career &

Technical High School agreed that G. P. qualifies as student eligible for services under the Individuals with Disabilities Education Act, (20 U.S.C. §§ 1400-1485 and the Rhode Island Regulations Governing the Education of Children with Disabilities and that G. P. will continue to receive his present services. In addition the William M. Davies, Jr. Career & Technical High School agreed that recommendations of an Audiologist will be considered by the IEP team and incorporated into his IEP if the team deems appropriate.

10. Based on the Settlement Agreement signed by the Hearing Officer attached hereto as Exhibit B, the Hearing Officer ordered that the Complaint be dismissed.

11. As a result of said Agreement, the Plaintiff was the prevailing party in the Due Process proceedings because the proposed resolution in the Impartial Due Process Complaint was to direct Williams M. Davies, Jr. Career & Technical High School to find G. P. eligible for special education services and develop an IEP with the services that he was provided in his 06/07 IEP as amended on 2/2/07.

12. The Plaintiff has incurred attorney’s fees in the amount of $4,557.50 in connection with said Due Process Hearing which is attached hereto as Exhibit C. As prevailing parties, they seek reimbursement of said attorney’s fees and costs from the Defendants, pursuant to 20 U.S.C. § 1415 (i)(3)(B). Plaintiffs are continuing to incur attorney’s fees and costs in connection with the Complaint herein filed in the United States District Court for the District of Rhode Island, and they seek reimbursement of said attorney’s fees as well.

**WHEREFORE,** Plaintiff prays as follows:

1. That this Court enter judgment against the Defendants for (1) the sum of $4,557.50 plus interest, (2) the costs of this action, including but not limited to reasonable attorneys' fees for the prosecution of this action;

2. That this Court set a reasonable deadline by which the Defendants must pay said fees and costs; and

3. That this Court grant such additional relief as it deems just.

Plaintiff
By her attorney,

/s/ Mary Ann Carroll
Mary Ann Carroll #6664
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
January 24, 2008
macarroll@smrobinsonlaw.com