**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

S.P. C.A. NO.: 2008-08 (ML)
Individually and on behalf of her son,
G.P.

v.

WILLIAM M. DAVIES, JR. CAREER &
TECHNICAL HIGH SCHOOL, and
VICTORIA A. GAILLIARD-GARRICK
in her capacity as Director of William M.
Davies, Jr. Career and Technical High School.

**ENTRY OF APPEARANCE**

The undersigned does hereby enter his appearance for Defendant, Victoria Gailliard-Garrick in her capacity as Director of M. Davies, Jr. Career & Technical High School as her lead counsel.

/s/ VINCENT F. RAGOSTA, JR.

VINCENT F. RAGOSTA, JR. (2262)
Attorney at Law
Shakespeare Hall – Penthouse
128 Dorrance Street
Providence, Rhode Island 02903
(401) 274-2100 Telephone
(401) 861-2260 Facsimile
*vfrlaw@aol.com*

**CERTIFICATION OF SERVICE**

This document has been filed electronically and is available for viewing and downloading through the ECF system. Conventional service will be made upon pro se parties and those parties represented by unregistered attorneys.

/s/ Vincent F. Ragosta, Jr.

VINCENT F. RAGOSTA, JR.