UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

S.P., Individually and on behalf of her
son, G.P.

VS. C.A. NO. 08-008ML

William M. Davies, Jr. Career and
Technical High School, et al

ORDER

Pursuant to the conference held on May 14, 2008, it is hereby ordered that cross-motions for summary judgment shall be filed on or before July 31, 2008.

PER ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
May 15, 2008

ENTERED:

Barbara Barletta
Deputy Clerk