UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

S.P.
Individually and on behalf of her son,
G.P.

v. C.A. NO: 2008-08(ML)

WILLIAM M. DAVIES, JR. CAREER &
TECHNICAL HIGH SCHOOL and
VICTORIAL A. GAILLIARD-GARRICK
In her capacity as Director of William M.
Davies, Jr. Career and Technical High School.

DISMISSAL STIPULATION

The above referenced parties agree that this matter may be dismissed with prejudice.

/s/ MARY ANN CARROLL

MARY ANN CARROLL
1665 Hartford Avenue Suite 31
Johnston, RI 02919

/S/ VINCENT F. RAGOSTA

VINCENT F. RAGOSTA
120 Dorrance Street
Providence, RI 02903